**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DERRICK GLENN ESTELL**                                                    **PLAINTIFF**
**ADC #147330**

v.                  **CASE NO. 4:20-CV-000815 BSM**

**WALTER WASHINGTON, Lieutenant,**
Varner Super Max, *et al.*                                             **DEFENDANTS**

## <u>ORDER</u>

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 6] has been received. After carefully reviewing the record, the RD is adopted. Estell's claims against Cunningham, Layton, Reed, Carroll, Shipman, Gibson, and Payne are dismissed without prejudice.

IT IS SO ORDERED this 28th day of July, 2020.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE