# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DERRICK GLENN ESTELL**  **PLAINTIFF**
**ADC #147330**

v.  **CASE NO. 4:20-CV-000815 BSM**

**WALTER WASHINGTON, Lieutenant,**
**Varner Super Max,** *et al.*  **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 60] has been received. After carefully reviewing the record, the RD is adopted. Defendant Knowles's motion for summary judgment [Doc. No. 12] is denied.

IT IS SO ORDERED this 3rd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE