IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRICK GLENN ESTELL**                                                                  **PLAINTIFF**
**ADC #147330**

v.                          CASE NO. 4:20-CV-000815 BSM

**WALTER WASHINGTON, Lieutenant,**
Varner Super Max, *et al.*                                                                **DEFENDANTS**

## ORDER

The proposed findings and recommendations ("RD") from United States Magistrate Judge Beth Deere [Doc. No. 79] has been received. After reviewing the record *de novo*, the RD is adopted.

The ADC defendants' motion for summary judgment [Doc. No. 68] is granted. Derrick Estell's claims against the ADC defendants are dismissed, without prejudice, based on his failure to exhaust his administrative remedies. The Clerk is instructed to terminate Walter Washington, Jonathan Martin, Douglas Boultinghouse, Sergeant O'Connor, Carolyn Wallace, Rickey Minor, Solomon Tobi, Tyquarius Royal, Judge Ogbozor, and Officer Garrison.

IT IS SO ORDERED this 1st day of April, 2021.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE