IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DERRICK ESTELL**                                                                          **PLAINTIFF**
*ADC #147330*

v.                                    CASE NO. 4:20-CV-00815-BSM

**WITNI KNOWLES**                                                                          **DEFENDANT**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 128] is adopted. Defendant Witni Knowles's motion for summary judgment [Doc. No. 115] is granted and Derrick Estell's lawsuit is dismissed with prejudice.

IT IS SO ORDERED this 10th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE