**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DERRICK ESTELL**                                                    **PLAINTIFF**
*ADC #147330*

**v.**                              **CASE NO. 4:20-CV-00815-BSM**

**WITNI KNOWLES**                                                    **DEFENDANT**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE